IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TERRA WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:20-cv-00737 |
| ) | |
| WALMART, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE AND PETITION FOR REMOVAL**

COMES NOW Defendant, Walmart, Inc., by counsel, pursuant to Title 28, United States Code, Section 1446, and respectfully petitions the Court as follows:

1. On August 12, 2020, Plaintiff filed a civil action in the St. Joseph Circuit Court, Cause No. 71C01-2008-CT-000285, originally captioned *Terra White vs. Walmart Inc*. Plaintiff's Complaint alleges generally that Terra White sustained personal injuries at a Walmart store on or about September 1, 2018, due to the negligence of the Defendant.

2. The Complaint and Summons were served on the Defendant after being filed. A true and accurate copy of the Complaint and Summons are attached hereto as Exhibit "A" and "B" respectively.

3. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 in that jurisdiction of this action exists in this court by reason of diversity of citizenship. More specifically, the Plaintiff is a resident and citizen of St. Joseph County, Indiana, and the Defendant, Walmart, Inc. is a Delaware corporation with its principal place of business located in the State of Arkansas

2706716

4. The Defendant has filed a Notice of Filing Petition for Removal contemporaneously herewith in the St. Joseph Circuit Court.

5. The amount in controversy in this case exceeds $75,000.

WHEREFORE, Defendant prays that the action above now pending against it in the St. Joseph Circuit Court, be removed therefrom to this Court forthwith, and for all other just and proper relief in the premises.

Respectfully submitted,

BARRETT McNAGNY LLP

By: */s/Robert T. Keen, Jr.*
    Robert T. Keen, Jr., #5475-02
    215 E. Berry Street
    Fort Wayne, Indiana  46801-2263
    Telephone: (260) 423-9551
    Fax:  (260) 423-8920
    Email:  rtk@barrettlaw.com
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 31st day of August, 2020, electronically filed the foregoing with the Clerk of the Court using the CM/ECF which sent notification of such filing to the following:

Steven W. Etzler, Esq.
Etzler Lawhead Legal Group
11065 Broadway, Suite E
Crown Point, IN 46307
Steve@etzlaw.com
*Attorney for Plaintiff*

    */s/Robert T. Keen, Jr.*
    Robert T. Keen, Jr.

2706716