| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ST. JOSPEH | ) | SITTING AT SOUTH BEND, INDIANA |
| TERRA WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.:  **71C01-2008-CT-000285** |
| | ) | |
| WALMART INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW Plaintiff, Terra White, by and through counsel, Etzler Lawhead Legal Group, by Steven W. Etzler, for her cause of action against the Defendant, Walmart Inc., states as follows.

1. On September 1, 2018, and at all times relevant herein, the Plaintiff, Terra White, was a resident of the City of South Bend, St. Joseph County, State of Indiana.

2. On September 1, 2018, and at all times relevant herein, Defendant, Walmart, Inc., was an entity with an ownership interest and control of store number 2678 which was located at located at 316 Indian Ridge Boulevard, Mishawaka, St. Joseph County, State of Indiana.

3. On said date referenced above, Plaintiff was an invitee on the premises located at 316 Indian Ridge Boulevard, Mishawaka, Indiana.

4. On said date, Plaintiff slipped and fell in an aisle of the aforementioned establishment, causing her to suffer injuries to her person.

5. Defendant, Walmart, Inc., owed Plaintiff, Terra White, a duty to maintain its premises in a non-negligent manner.

6. Defendant, Walmart, Inc., owed a duty of care to the Plaintiff to take appropriate steps to remove any and all hazardous/defective conditions of which it had or should have had knowledge existed on its premises.

7. Defendant, Walmart, Inc., further had a duty to warn Plaintiff of any and all

1

EXHIBIT A

hazardous/defective conditions which it had or should have had knowledge existed on its premises.

8. That the Defendant, Walmart, Inc., breached these duties by allowing a hazardous/defective condition to exist on its premises. Defendant further breached its duty to Plaintiff by failing to remove defects and failing to warn Plaintiff of these defects.

9. As a direct and proximate result of the negligent acts of the Defendant, Walmart, Inc., Plaintiff, Terra White, sustained personal injuries.

10. As a direct and proximate result of the negligent acts of the Defendant, Walmart, Inc., Plaintiff, Terra White, sustained pain and suffering and emotional trauma.

11 As a direct and proximate result of the negligence of the Defendant, Walmart, Inc., Plaintiff, Terra White, has incurred medical expenses, past, present and future.

12. As a direct and proximate result of the negligent acts of the Defendant, Walmart, Inc., and the Plaintiff's injuries, Plaintiff, Terra White, incurred lost wages and loss of life's enjoyments.

**WHEREFORE,** Plaintiff, Terra White, prays for judgment against Defendant, Walmart, Inc., in an amount that will reasonably compensate her for damages and injuries, interest thereto, costs hereunder expended, and for all other just and proper relief in the premises.

## JURY DEMAND

Plaintiff, by counsel, respectfully requests trial by jury on all issues triable by jury.

Respectfully submitted,

ETZLER LAWHEAD LEGAL GROUP,

BY: /s/ Steven W. Etzler
_____
Steven W. Etzler, #20113-45
Etzler Lawhead Legal Group
11065 Broadway, Suite
Crown Point, IN 46307
Telephone (219) 922-3901
Steve@etzlaw.com